IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMMY DORSEY,

   Plaintiff,

    v.

FULTON COUNTY PUBLIC
WORKS DEPARTMENT,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-679-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 3] as moot. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is DENIED as moot.

SO ORDERED, this 29 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Dorsey\10cv679\R&R.wpd