IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMMY DORSEY,

   Plaintiff,

     v.

FULTON COUNTY PUBLIC
WORKS DEPARTMENT,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-679-TWT

ORDER

This is a Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 113] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 60]. The Plaintiff's Objections to the Report and Recommendation are limited to her retaliation claims relating to her EEOC complaint of January 13, 2009. She makes no effort to show a causal connection between her EEOC filing and the list of subsequent acts of alleged mistreatment by her supervisors in the field – none of whom had been the subject of her previous complaints about sexual harassment. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 60] is GRANTED.

SO ORDERED, this 5 day of September, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge